**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JOSEPH CATHCART,**<br>*Plaintiff*<br><br>v.<br><br>**JOHN MICALE, et al.**<br>*Defendants* | **Case No. 2:19-cv-01852-JDW** |

## ORDER

**AND NOW**, this 28th day of August, 2019, upon consideration of Defendant USI Insurance Services LLC's Motion to Dismiss (ECF No. 10), Plaintiff Joseph Cathcart's Response in Opposition (ECF No. 14), and Defendant USI's Reply in Support if its motion (ECF No. 15), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** that Defendant USI's Motion to Dismiss is **GRANTED**, and Counts II, III, and IV in Plaintiff's Amended Complaint (ECF No. 4) are **DISMISSED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.