IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CATHCART,<br><br>*Plaintiff*<br><br>v.<br><br>JOHN MICALE, et al.<br><br>*Defendants* | Case No. 2:19-cv-01852-JDW |

## ORDER

AND NOW, this 18th day of September, 2019, upon consideration of Plaintiff's Motion For Reconsideration Or, Alternatively, For Certification Of An Interlocutory Appeal (ECF Nos. 22, 23), it is **ORDERED** as follows:

1. Plaintiff's Motion for Reconsideration or, Alternatively, for Certification of an Interlocutory Appeal (ECF No. 23) is **DENIED**; and

2. Plaintiff's Motion for Reconsideration or, Alternatively, for Certification of an Interlocutory Appeal (ECF No. 22) is **DENIED AS MOOT**, having been superseded by the corrected version.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.